tent court, the presumption of innocency of any criminal charge remained with him. It was the avowed purpose of the defendant, if the question were answered in the negative, to prove by witnesses that the prosecutor had kept a speak-easy. It would be carrying the jury far afield to have them go into the question and determine whether he was conducting a speak-easy or not. It is argued that the proof offered might show the bias of the witness. This is evidently an afterthought, and was not the purpose avowed at the trial.

As to proof of reputation of conducting a speak-easy, there is no valid reason advanced to show that this is permissible. Character for truth is shown by general reputation. If this as it existed in the common speech of the neighborhood was to be proved, it should have been directly in the usual manner and not by showing specific acts or a course of conduct.

The judgment is affirmed and the record remitted to the court below to the end that the sentence may be carried into effect.

---

## Commonwealth *v.* Auerbach, Appellant (No. 2).

Argued Dec. 5, 1918. Appeal, No. 243, Oct. T., 1918, by defendant, to June Sess., 1918, No. 27, on verdict of guilty in case of Commonwealth v. Emanuel Auerbach. Before ORLADY, P. J., PORTER, HENDERSON, HEAD, KEPHART, TREXLER and WILLIAMS, JJ. Affirmed.

Indictment for assault and battery.

From the record it appeared that the defendant was indicted on a charge of assault and battery. He was found guilty and sentenced as of June Sess., 1918, No. 26. No sentence was passed as of June Sess., 1918, No. 27.

*Harry Felix,* and with him *Joseph Gross,* for appellant.

*Joseph A. Taulane,* Assistant District Attorney, and with him *Charles E. Fox,* Assistant District Attorney, and *Samuel P. Rotan,* District Attorney, for appellee.— Moved that Appeal No. 243, October T., 1918, be quashed because no judgment had been entered on the conviction by the jury.

OPINION BY TREXLER, J., January 3, 1919:
We are convinced that there was no sentence imposed in this case. There being no final judgment of the court, the motion to quash must prevail.
The appeal is quashed.

---

## Commonwealth *v.* Auerbach, Appellant (No. 3).

Argued Dec. 5, 1918.   Appeal, No. 244, Oct. T., 1918, by defendant, to June Sess., 1918, No. 28, on verdict of guilty in case of Commonwealth v. Emanuel Auerbach. Before ORLADY, P. J., PORTER, HENDERSON, HEAD, KEP-HART, TREXLER and WILLIAMS, JJ.   Affirmed.

Indictment for assault and battery.
From the record it appeared that the defendant was indicted on a charge of assault and battery.   He was found guilty and sentenced as of June Sess., 1918, No. 26.   No sentence was passed as of June Sess., 1918, No. 28.

*Harry Felix,* and with him *Joseph Gross,* for appellant.

*Joseph A. Taulane,* Assistant District Attorney, and with him *Charles E. Fox,* Assistant District Attorney,